UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KANA ENERGY SERVICES, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>*Defendant*. )<br>) | **Court No. 25-00186**<br><br>**SUMMONS** |

TO: The Attorney General and the U.S. Department of Commerce:

PLEASE TAKE NOTICE that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

<u>/s/ Mario Toscano</u>
Clerk of the Court

1. **Name and Standing of Plaintiff**

Plaintiff in this action is Kana Energy Services, Inc. ("Kana" or "Plaintiff"), a U.S. importer of the merchandise at issue in the Enforce and Protect Act ("EAPA") proceeding before the U.S. Customs and Border Protection ("CBP") that resulted in the contested determination. Kana is an interested party per 19 U.S.C. § 1517(a)(6). Kana is "a person determined to have entered such covered merchandise through evasion" thereby permitted to "see judicial review of the {EAPA} determination . . . in the United States Court of International Trade . . . ." 19 U.S.C. § 1517(g). As a result of the contested determination, Kana is subject to antidumping and countervailing duties for entries as of oil country tubular goods ("OCTG") and is therefore adversely affected or aggrieved with the meaning of Section 702 of the Administrative Procedure Act, as amended, 5 U.S.C. § 702. Kana thus has standing to commence this action pursuant to 28 U.S.C. § 2631(i).

2. **Brief Description of Contested Determination**

Plaintiff contests certain aspects of CBP's administrative determinations issued in EAPA Cons. Case No. 7890 in which it erroneously found that Plaintiff evaded of the antidumping (A-570-943) and countervailing (C-570-944) duty orders on

OCTG from Thailand. *See* July 2, 2025 final administrative review determination in EAPA case number H346715, and the February 24, 2025, CBP's Trade Remedy and Law Enforcement Directorate ("TRLED") Notice of Determination as to Evasion – EAPA Consolidated Case Number 7890. These determinations are contested pursuant to 19 U.S.C. § 1517(g).

This Summons is being filed within 30 business days of CBP's issuance on July 2, 2025 of the final administrative determination, and is thus timely filed pursuant to 19 U.S.C. § 1517(g)(1).

3. **Date of Determination**

The contested final administrative determination was issued on July 2, 2025 and the TRLED final determination was issued on February 24, 2025.

4. **Date of Publication in Federal Register of Notice of Contested Determination**

Not applicable - EAPA determinations are not published in the Federal Register.

Respectfully submitted,

**/s/ John M. Gurley**
John M. Gurley
Katherine R. Afzal

ARENTFOX SCHIFF LLP
1717 K Street NW
Washington, DC 20006-5344
(202) 857-6301

*Counsel to Kana Energy Services, Inc.*

Dated: August 14, 2025