## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CENTRIC PIPE, LLC, | |
| Plaintiff, | |
| v. | |
| UNITED STATES, | Before: Joseph A. Laroski, Jr., Judge |
| Defendant, | Court No. 25-00182 |
| and | |
| U.S. OCTG MANUFACTURERS ASSOCIATION, | |
| Defendant-Intervenor. | |

| | |
|---|---|
| LE COMMODITIES, LLC, | |
| Plaintiff, | |
| v. | |
| UNITED STATES, | Before: Joseph A. Laroski, Jr., Judge |
| Defendant, | Court No. 25-00181 |
| and | |
| U.S. OCTG MANUFACTURERS ASSOCIATION, | |
| Defendant-Intervenor. | |

TREK METALS INC.,

    Plaintiff,

v.

UNITED STATES,

    Defendant,

    and

U.S. OCTG MANUFACTURERS
ASSOCIATION,

    Defendant-Intervenor.

Before: Joseph A. Laroski, Jr., Judge

Court No. 25-00183

ENERGY PIPE & EQUIPMENT
RENTALS, LLC,

    Plaintiff,

v.

UNITED STATES,

    Defendant,

    and

U.S. OCTG MANUFACTURERS
ASSOCIATION,

    Defendant-Intervenor.

Before: Joseph A. Laroski, Jr., Judge

Court No. 25-00184

| | |
|---|---|
| KANA ENERGY SERVICES, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>    and<br><br>U.S. OCTG MANUFACTURERS ASSOCIATION,<br><br>    Defendant-Intervenor. | Before: Joseph A. Laroski, Jr., Judge<br><br>Court No. 25-00186 |

## ORDER

Upon consideration of defendant's consent motions to consolidate cases, it is hereby

**ORDERED** that <u>Centric Pipe LLC v. United States</u>, Court No. 25-182 is **CONSOLIDATED** with <u>LE Commodities, LLC v. United States</u>, Court No. 25-181; <u>Trek Metals Inc. v. United States</u>, Court No. 25-183; <u>Energy Pipe & Equipment Rentals, LLC v. United States</u>, Court No. 25-184; and <u>Kana Energy Services, Inc. v. United States</u>, Court No. 25-186; under the caption <u>Centric Pipe LLC v. United States</u>, Consol. Court No. 25-182; and it is further

**ORDERED** that the parties shall file a single Proposed Scheduling Order and Joint Status Report with the Court on or before December 5, 2025 in Consol. Court No. 25-182 <u>Centric Pipe LLC v. United States</u>.

    **SO ORDERED.**

<u>/s/</u>    Joseph A. Laroski, Jr.<br>
Judge

Dated: <u>November 24, 2025</u><br>
      New York, New York